No. 41745.—Protest 188845-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of embroidered laces or articles.   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41746.—Protest 149526-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of embroidered laces or articles.   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41747.—Protest 130264-G of R. H. Macy & Co. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of embroidered laces or articles.   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41748.—Protest 44929-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of embroidered laces or articles.   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41749.—Protest 203050-G of R. H. Macy. & Co., Inc. (New York).

Opinion by TILSON, J.   The record established that certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40).   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41750.—Protest 53263-G of Fred'k Loeser & Co. (New York).

Opinion by TILSON, J.   The record established that certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40).   The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41751.—Protest 162183-G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J.   The record established that certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. ·0).   The claim at 75 percent under paragraph 1430 was therefore sustained.